UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MLADEN PINTUR and PRESENTA NOVA INC.,

        Plaintiffs,

  -v-                                      No. 16-CV-9696-LTS-KHP

HELEN ROGIC and ONE INTERIOR LLC,

        Defendants.

-------------------------------------------------------x

## ORDER

On September 26, 2017, Magistrate Judge Katharine H. Parker ordered Plaintiffs' counsel, Ms. Tamiko Franklin, to show cause as to why her admission to appear before this Court pro hac vice should not be revoked. (Docket Entry No. 55.) On October 24, 2017, Judge Parker issued a Report and Recommendation (the "Report") recommending that Ms. Franklin's pro hac vice admission be revoked and that Plaintiffs be directed to obtain new counsel within 45 days, except to the extent that Plaintiff Mladen Pintur wishes to proceed pro se with respect to his individual claims. No objections to the Report have been filed by either party.

When reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C.S. § 636(b)(1) (C) (LexisNexis 2016). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted).

Having reviewed Magistrate Judge Parker's thorough and well-reasoned Report, to which no objection has been made, the Court finds no clear error. Therefore, the Court adopts the Report in its entirety. Accordingly, Ms. Franklin's pro hac vice admission is revoked and Plaintiffs are directed to obtain new counsel within 45 days, except to the extent that Plaintiff Mladen Pintur wishes to proceed pro se with respect to his individual claims. If Mr. Pintur wishes to do so, he must file a notice of appearance on the public docket within two weeks of this order, or by **Friday, December 1, 2017**. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute. This Order resolves Docket Entry No. 60.

SO ORDERED.

Dated: New York, New York
November 16, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge